```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02547-HWV
Brad M Polon                                                        Chapter 13
Beth Ann Polon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CourtneyW           Page 1 of 1              Date Rcvd: Nov 08, 2019
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2019.
4847264       #CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA  50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jeremy John Kobeski    on behalf of Creditor    Toyota Motor Credit Corporation pamb@fedphe.com
              Johanna Hill Rehkamp    on behalf of Debtor 2 Beth Ann  Polon jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Brad M Polon jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joseph P Schalk    on behalf of Creditor    Fifth Third Bank jschalk@barley.com,   sromig@barley.com
              Kathryn Leanne Mason    on behalf of Creditor    First National Bank klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com
              Mario John Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. C/O CENLAR FSB pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    CITIMORTGAGE, INC. pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Fifth Third Bank pamb@fedphe.com
              Scott A Dietterick    on behalf of Creditor    First National Bank sad@jsdc.com
              Thomas  Song    on behalf of Creditor    Fifth Third Bank pamb@fedphe.com
              Toyota Motor Credit Corporation    Valerie_Sato@toyota.com,  Nicole_Rivas@toyota.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:16-bk-02547-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

Brad M Polon  
117 Tupelo Street  
Harrisburg PA 17110

Beth Ann Polon  
117 Tupelo Street  
Harrisburg PA 17110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/07/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971

Name and Address of Transferee:

CITIMORTGAGE, INC. C/O CENLAR FSB  
425 PHILIPS BLVD  
EWING, NJ 08618  
CITIMORTGAGE, INC. C/O CENLAR FSB  
425 PHILIPS BLVD  
EWING, NJ 08618

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/10/19

Terrence S. Miller  
**CLERK OF THE COURT**