## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

IN RE:                                Case No. 1:16-bk-02547-HWV
                                      Chapter 13

Brad M Polon
Beth Ann Polon

Debtor(s).

## NOTICE OF APPEARANCE

**CitiMortgage, Inc.**, a Secured Creditor in the above styled proceeding, hereby requests that

all matters which must be noticed to creditors, any creditors' committees, and any other

parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other

party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the

following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:     */s/  Daniel P. Jones, Esquire*
        Daniel P. Jones, Esquire,
        Bar No:  321876
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        djones@sterneisenberg.com
        Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of November, 2020, to the following:

Johnanna Hill Rehkamp
Cunningham, Chernicoff & Warshawsky, PC
P.O. Box 60457
2320 N. Second Street
Harrisburg, PA 17106
jhr@cclawpc.com
*Attorney for Debtor(s)*

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*

Asst. U.S. Trustee
United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Brad M Polon
117 Tupelo Street
Harrisburg, PA 17110

Beth Ann Polon
117 Tupelo Street
Harrisburg, PA 17110
*Debtor(s)*

By: _/s/Daniel P. Jones, Esquire_