Certificate Number: 14912-PAM-DE-035772256

Bankruptcy Case Number: 16-02547



14912-PAM-DE-035772256

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2021, at 4:31 o'clock PM EDT, Brad M Polon completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   June 20, 2021

By:   /s/Jai Bhatt

Name:   Jai Bhatt

Title:   Counselor