UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRAD M POLON                                      Case No.: 1-16-02547-HWV
BETH ANN POLON                                    Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | FIRST NATIONAL BANK OF PA |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 0517/PRE ARREARS/TUPELO ST |
| Property Address if applicable: | 117 TUPELO STREET, , HARRISBURG, PA17110 |

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $10,167.64 |
| b. | Prepetition arrearages paid by the Trustee: | $10,167.64 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $10,167.64 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 24, 2021 Respectfully submitted,

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name: FIRST NATIONAL BANK OF PA
Court Claim Number: 06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1188431 | 07/12/2018 | $276.70 | $0.00 | $276.70 |
| 5200 | 1191154 | 09/06/2018 | $271.04 | $0.00 | $271.04 |
| 5200 | 1192464 | 10/10/2018 | $271.03 | $0.00 | $271.03 |
| 5200 | 1193841 | 11/08/2018 | $972.65 | $0.00 | $972.65 |
| 5200 | 1195209 | 12/13/2018 | $280.80 | $0.00 | $280.80 |
| 5200 | 1196627 | 01/10/2019 | $280.79 | $0.00 | $280.79 |
| 5200 | 1197840 | 02/07/2019 | $280.80 | $0.00 | $280.80 |
| 5200 | 1200346 | 04/11/2019 | $269.87 | $0.00 | $269.87 |
| 5200 | 1201696 | 05/09/2019 | $269.88 | $0.00 | $269.88 |
| 5200 | 1204381 | 07/11/2019 | $269.88 | $0.00 | $269.88 |
| 5200 | 1207180 | 09/26/2019 | $1,132.55 | $0.00 | $1132.55 |
| 5200 | 1208490 | 10/10/2019 | $291.62 | $0.00 | $291.62 |
| 5200 | 1210859 | 12/12/2019 | $279.05 | $0.00 | $279.05 |
| 5200 | 1213611 | 02/13/2020 | $279.05 | $0.00 | $279.05 |
| 5200 | 1214917 | 03/12/2020 | $1,116.21 | $0.00 | $1116.21 |
| 5200 | 1216211 | 04/14/2020 | $269.19 | $0.00 | $269.19 |
| 5200 | 1218290 | 06/02/2020 | $269.18 | $0.00 | $269.18 |
| 5200 | 1219299 | 07/07/2020 | $269.19 | $0.00 | $269.19 |
| 5200 | 9007981 | 08/12/2020 | $538.36 | $0.00 | $538.36 |
| 5200 | 9008302 | 09/17/2020 | $269.19 | $0.00 | $269.19 |
| 5200 | 9008621 | 10/15/2020 | $272.17 | $0.00 | $272.17 |
| 5200 | 9009179 | 12/10/2020 | $544.35 | $0.00 | $544.35 |
| 5200 | 9009709 | 01/19/2021 | $272.17 | $0.00 | $272.17 |
| 5200 | 9010002 | 02/17/2021 | $272.18 | $0.00 | $272.18 |
| 5200 | 9010305 | 03/17/2021 | $324.87 | $0.00 | $324.87 |
| 5200 | 9010593 | 04/15/2021 | $324.87 | $0.00 | $324.87 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    BRAD M POLON                                            Case No.: 1-16-02547-HWV
    BETH ANN POLON                                  Chapter 13
            Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHANNA HILL REHKAMP<br>CUNNINGHAM, CHERNICOFF & WARSHAWSKY<br>P.O. BOX 60457<br>HARRISBURG PA, 17106- | SERVED ELECTRONICALLY |
| FIRST NATIONAL BANK OF PA<br>C/O SCOTT A DIETTERICK, ESQ<br>PO BOX 650<br>HERSHEY, PA, 17033 | SERVED BY 1ST CLASS MAIL |
| BRAD M POLON<br>BETH ANN POLON<br>117 TUPELO STREET<br>HARRISBURG, PA 17110 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 24, 2021                              s/    Liz Joyce
                                                                      Jack N. Zaharopoulos
                                                                        Standing Chapter 13 Trustee
                                                                        Suite A, 8125 Adams Drive
                                                                        Hummelstown, PA 17036
                                                                        Phone: (717) 566-6097
                                                                        Fax: (717) 566-8313
                                                                        eMail: info@pamd13trustee.com