In re:  Case No. 16-02547-HWV
Brad M Polon  Chapter 13
Beth Ann Polon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Sep 17, 2021    Form ID: fnldecnd    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brad M Polon, Beth Ann Polon, 117 Tupelo Street, Harrisburg, PA 17110-9653 |
| 4801544 | + | Arthur Smith, 4807 Nine Mile Road, Burlington, MI 49029-9724 |
| 4801545 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 50, Camp Hill, PA 17011-6904 |
| 5267726 | + | CITIMORTGAGE, INC. C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ 08618-1430 |
| 5267727 | + | CITIMORTGAGE, INC. C/O CENLAR FSB, 425 PHILIPS BLVD, EWING, NJ 08618, CITIMORTGAGE, INC. C/O CENLAR FSB, 425 PHILIPS BLVD EWING, NJ 08618-1430 |
| 4801547 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 5050 Kingsley DRMD# 1MOC2N, Cincinnati, OH 45263 |
| 4832678 | + | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 4801548 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 4801550 | + | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 4801551 | + | Phelan Gakkubab & Schmieg, LLP, One Penn Center, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 4801552 | + | Scott A. Dietterick, 134 Sipe Avenue, P.O. Box 650, Hershey, PA 17033-0650 |
| 5371756 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 4801553 | + | Susquehanna Township Sewer Authority, Attn: Patricia Smith, Manager, 1900 Linglestown Rd, Harrisburg, PA 17110-3301 |
| 4801554 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, 5005 N River Blvd NE, Cedar Rapids, IA 52411 |
| 4818198 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4801543 | + | Email/Text: rperez@arcadiarecovery.com | Sep 17 2021 18:51:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3559 |
| 4801546 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2021 18:57:29 | CitiMortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 4847264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2021 18:57:27 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 4801549 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2021 18:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4804951 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2021 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3487 |

| District/off: 0314-1 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 17, 2021 | Form ID: fnldecnd | Total Noticed: 20 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor CITIMORTGAGE INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jeremy John Kobeski | on behalf of Creditor Toyota Motor Credit Corporation pamb@fedphe.com |
| Johanna Hill Rehkamp | on behalf of Debtor 1 Brad M Polon jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Johanna Hill Rehkamp | on behalf of Debtor 2 Beth Ann Polon jhr@cclawpc.com jlaughman@cclawpc.com;jbartley@cclawpc.com |
| Joseph P Schalk | on behalf of Creditor Fifth Third Bank joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Kathryn Leanne Mason | on behalf of Creditor First National Bank klm@jsdc.com cls@jsdc.com;eaf@jsdc.com;jnr@jsdc.com |
| Mario John Hanyon | on behalf of Creditor CITIMORTGAGE INC. C/O CENLAR FSB pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor CITIMORTGAGE INC. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Fifth Third Bank pamb@fedphe.com mario.hanyon@brockandscott.com |
| Scott A Dietterick | on behalf of Creditor First National Bank sad@jsdc.com |
| Thomas Song | on behalf of Creditor Fifth Third Bank tomysong0@gmail.com |
| Toyota Motor Credit Corporation | Valerie_Sato@toyota.com Nicole_Rivas@toyota.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brad M Polon,            Chapter     13

    **Debtor 1**

                                   Case No.     1:16−bk−02547−HWV

Beth Ann Polon,

    **Debtor 2**

Social Security No.:
                 xxx−xx−1022       xxx−xx−3746

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

                                **Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Brad M Polon and Beth Ann Polon** in accordance with §1328 of the Bankruptcy Code.

Dated: September 17, 2021                      By the Court,

                                                         *[signature]*

                                                      Honorable Henry W. Van Eck
                                                      Chief Bankruptcy Judge
                                                      By: PatriciaRatchford, Deputy Clerk

**fnldec** (10/20)